IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILLIAM CHASE WOOD, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS, INC., et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING THE CROSS CREEK DEFENDANTS' MOTION TO SEVER<br><br><br>Case No. 2:06-CV-708 TS |

This matter is before the Court on the Motion to Sever filed by the Cross Creek Defendants. For the same reasons stated in the Memorandum Decision and Order Denying Teen Help's Motion to Dismiss and to Sever, it therefore

ORDERED that the Cross Creek Defendants' Motion to Sever (Docket No. 73) is DENIED without prejudice.

DATED April 30, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge