IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILLIAM CHASE WOOD, et al.,<br><br>    Plaintiffs,<br><br><br>vs.<br><br><br>WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS, INC., et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFFS' MOTION TO STRIKE SPRING CREEK'S REPLY MEMORANDUM<br><br><br><br>Case No. 2:06-CV-708 TS |

Plaintiffs move to strike the Reply Memorandum filed by Defendant Spring Creek Lodge on the grounds that it is overlength.  The Court finds it is not overlength.  It is therefore

ORDERED that Plaintiffs' Motion to Strike Spring Creek Lodge's Reply Memorandum (Docket No. 146) is DENIED.

DATED , September 26, 2007.

                                          BY THE COURT:

                                          _____

                                          TED STEWART<br>                                          United States District Judge