IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILLIAM CHASE WOOD, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS, INC., et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTIONS TO DISMISS<br><br><br><br>Case No. 2:06-CV-708 TS |

Defendants Teen Help, Peacox Enterprises, and RBL Limited Family Partnership,[1] and Defendants World Wide Association of Specialty Programs and School, Ken Kay, and Robert B. Lichfield,[2] move to dismiss all claims against them because Plaintiffs failed to comply with the Order for a More Definite Statement and the existing complaint fails to state a claims upon which relief can be granted.  The Court finds that such a sanction is not warranted where the consequences of failing to comply with the Order for More Definite

---

[1]Docket No. 243.

[2]Docket No. 248.

1

Statement have already been imposed. Because Plaintiffs had not complied, the Magistrate Judge denied leave to file the Fourth Amended Complaint - Version 2, and this Court affirmed that decision.

Defendants remain free to raise their contentions regarding failure to state a claim in due course. First, the Court must resolve the Plaintiffs' pending Motion for Reconsideration of its denial of leave to amend and request for leave to file a new amended complaint. It is therefore

ORDERED that the Motions to Dismiss (Docket Nos. 243 and 248) are DENIED WITHOUT PREJUDICE.

DATED   September 23, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge